IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DAVID HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:18-cv-207-CDL |

**ORDER DIRECTING THE FILING
OF CERTAIN DOCUMENTS UNDER RESTRICTED ACCESS**

Upon consideration of the United States' motion, the Court directs the filing under restricted access of certain documents to ensure Plaintiff's privacy. It is hereby ordered that the following exhibits to depositions be filed under restricted access such that they shall only be accessible by the parties, their counsel and the Court, until further order of the Court:

1) Exhibit 2 of the deposition of David Henry, taken September 25, 2019.

2) Exhibits 1, 2, 3, 4, 5, and 6 of the deposition of Luther Wolff, III, M.D., taken on November 6, 2019.

SO ORDERED this 3rd day of December, 2019.

                                                              __S/Clay D. Land
                                                              Honorable Clay D. Land
                                                              United States District Court Chief Judge